

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

Jennifer A. Williams  615 Chestnut Street
Direct Dial: (215) 861-8474  Suite 1250
Facsimile: (215) 861- 8618  Philadelphia, Pennsylvania 19106-4476
E-mail Address: jennifer.williams@usdoj.gov  (215) 861-8200

April 3, 2015

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    United States v. Keonna Thomas Magistrate Number: 15-417

Dear Clerk:

    Please unimpound the complaint in regard to the above-captioned case. The complaint was filed on April 3, 2015.

                            Very truly yours,

                            ZANE DAVID MEMEGER
                            United States Attorney

                            Jennifer A. Williams
                            Assistant United States Attorney